RECEIVED
JUN - 7 2019
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 19- |
| | : | |
| TIMOTHY KORECKY | : | 18 U.S.C. §§ 471, 2 |
| | : | |

## **I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about March 18, 2019, in Warren County, in the District of New Jersey and elsewhere, the defendant,

**TIMOTHY KORECKY,**

did knowingly, with intent to defraud, falsely make, forge, counterfeit, and alter obligations and other securities of the United States, namely United States Federal Reserve Notes.

In violation of Title 18, United States Code, Sections 471 and 2.

A TRUE BILL

███████████

FOREPERSON

_Craig Carpenito_
CRAIG CARPENITO
United States Attorney

# United States District Court
## District of New Jersey

**CASE NUMBER:** _____

UNITED STATES OF AMERICA

v.

TIMOTHY KORECKY

## INDICTMENT FOR

18 U.S.C. §§ 471, 2

A True Bill,

_____
Foreperson

CRAIG CARPENITO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

SEAN M. SHERMAN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2733